**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

_____ District of __Delaware_____
                                            (State)

Case number (*If known*): _____ Chapter __11__

❑ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

**12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

❑ Chapter *7*
☒ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

Candi Controls, Inc._____

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

428 13th Street, 3rd Floor_____
Number      Street

_____

Oakland_____    CA    94612
City                        State   ZIP Code

Alameda_____
County

**Mailing address, if different**

_____
Number      Street

_____
P.O. Box

_____ _____ _____
City                        State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____ _____ _____
City                        State   ZIP Code

Debtor  <u>Candi Controls, Inc.</u>                                        Case number (*if known*)_____
        Name

---

**6. Debtor's website** (URL)    <u>www.candicontrols.com</u>_____

---

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

❑ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No

❑ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
                                              MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
                                              MM / DD / YYYY

---

**Part 3:    Report About the Case**

---

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor    Candi Controls, Inc.
                  _____
                  Name

Case number (*if known*)_____

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | CGM Partners, LLC | Note | $ 75,000.00 |
| | Howard Elias | Note | $ 200,000.00 |
| | Kelly Yang Living Trust | Note | $ 300,000.00 |
| | | Total of petitioners' claims | $ 575,000.00 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney.  Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

| Part 4: | Request for Relief |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

CGM Partners, LLC
_____
Name

P.O. Box 4631
_____
Number    Street

El Dorado Hills          CA          95672
_____
City                     State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Paul M. Lavery
_____
Name

P.O. Box 4631
_____
Number    Street

El Dorado Hills          CA          95672
_____
City                     State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/23/2018
              _____
              MM   / DD / YYYY

✗    /s/ Paul M. Lavery, Partner
_____
Signature of petitioner or representative, including representative's title

**Attorneys**

Kevin S. Mann
_____
Printed name

Cross & Simon, LLC
_____
Firm name, if any

1105 N. Market Street, Suite 901
_____
Number    Street

Wilmington                DE          19801
_____
City                      State        ZIP Code

Contact phone   302-777-4200      Email  kmann@crosslaw.com

Bar number     4576
              _____

State          DE
              _____

✗    /s/ Kevin S. Mann
_____
Signature of attorney

Date signed    3/23/2018
              _____
              MM   / DD / YYYY

Debtor    Candi Controls, Inc.
_____
Name

Case number (*if known*)_____

**Name and mailing address of petitioner**

Howard Elias
_____
Name

300 Boylston Street, #806
_____
Number    Street

Boston                                    MA          02116
_____
City                              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/23/2018
_____
MM / DD / YYYY

✖    /s/ Howard Elias
_____
Signature of petitioner or representative, including representative's title

Kevin S. Mann
_____
Printed name

Cross & Simon, LLC
_____
Firm name, if any

1105 N. Market Street, Suite 901
_____
Number    Street

Wilmington                          DE          19801
_____
City                              State        ZIP Code

Contact phone    302-777-4200      Email  kmann@crosslaw.com

Bar number        4576
_____

State              DE
_____

✖    /s/ Kevin S. Mann
_____
Signature of attorney

Date signed      3/23/2018
_____
MM / DD / YYYY

**Name and mailing address of petitioner**

Kelly Yang Living Trust
_____
Name

P.O. Box 870
_____
Number    Street

Mt. Shasta                          CA          96067
_____
City                              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kelly Yang
_____
Name

P.O. Box 870
_____
Number    Street

Mt. Shasta                          CA          96067
_____
City                              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/23/2018
_____
MM / DD / YYYY

✖    /s/ Kelly Yang, Trustee
_____
Signature of petitioner or representative, including representative's title

Kevin S. Mann
_____
Printed name

Cross & Simon, LLC
_____
Firm name, if any

1105 N. Market Street, Suite 901
_____
Number    Street

Wilmington                          DE          19801
_____
City                              State        ZIP Code

Contact phone    302-777-4200      Email  kmann@crosslaw.com

Bar number        4576
_____

State              DE
_____

✖    /s/ Kevin S. Mann
_____
Signature of attorney

Date signed      3/23/2018
_____
MM / DD / YYYY