**Fill in this information to identify the case:**

Debtor name  Candi Controls, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known):  18-10679-CSS

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ..........................................................................................................    $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................................    $ _____ 114,929.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................................................................    $ _____ 114,929.00

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................    $ _____ 223,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................................    $ _____ 6,254.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...........................................    **+**  $ _____ 6,963,163.99

4. **Total liabilities**...................................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                $ _____ 7,192,417.99

**Fill in this information to identify the case:**

Debtor name __Candi Controls, Inc.__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known): __18-10679-CSS__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

$ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank, NA | Checking | 4931 | $ 20,792.00 |
| 3.2. | 206 Question 3 Continuation | | | $ 201.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____ $ _____
4.2. _____ $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 20,993.00

---

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. Office space lease security dep-Mash Petroleum      $ 10,099.00
7.2. _____ $ _____

Debtor  Candi Controls, Inc.
_____
Name

Case number (if known) 18-10679-CSS
_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. D&O, EP liability insurance premium - Scottsdale Insurance Co. _____ $ _____5,450.00

8.2. Property, liability, auto insurance premium - Lloyd's of London _____ $ _____1,227.00

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. | $ _____16,776.00

---

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔ | $ _____
face amount                doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔ | $ _____
face amount                doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $ _____

---

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ | $ _____
14.2. _____ _____ | $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____ _____% _____ | $ _____
15.2. _____ _____% _____ | $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ | $ _____
16.2. _____ _____ | $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. | $ _____

---

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | Candi Controls, Inc. | Case number (if known) 18-10679-CSS |
|--------|----------------------|-------------------------------------|
| | Name | |

---

### Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | $_____ | | $_____ |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | $_____ | | $_____ |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | $_____ | | $_____ |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | $_____ | | $_____ |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** | $_____ | | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

| Debtor | Candi Controls, Inc. | | Case number *(if known)* | 18-10679-CSS |
|---|---|---|---|---|
| | Name | | | |

**33.  Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

**34.  Is the debtor a member of an agricultural cooperative?**

❏ No

❏ Yes. Is any of the debtor's property stored at the cooperative?

  ❏ No

  ❏ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❏ No

❏ Yes. Book value $_____   Valuation method _____   Current value $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

❏ No

❏ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❏ No

❏ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

❏ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 6 desks, misc. tables and chairs | $              0.00 | _____ | $              0.00 |
| **40.  Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Laptops, personal computers, small servers, neworking equipment | $         37,160.00 | net book value | $         37,160.00 |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

**43.  Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$         37,160.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

❏ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

❏ Yes

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor    Candi Controls, Inc.
          Name

Case number (*if known*)    18-10679-CSS

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Candi Controls, Inc.
_____
Name

Case number (if known)___18-10679-CSS____

---

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office lease at 428 13th St., 3rd Fl., Oakland, CA 94612 | Lessee | $ 0.00 | | $ 0.00 |
| 55.2 Sublease of office space at 428 13th St., 2nd Fl., Oakland, CA 94612 | Lessor | $ 0.00 | | $ 0.00 |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>6 issued patents, general trade secrets | $ 0.00 | | $ 0.00 |
| 61. **Internet domain names and websites**<br>Doman name license | $ 40,000.00 | Cost | $ 40,000.00 |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 40,000.00

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor    Candi Controls, Inc.
         _____
         Name

Case number (if known)    18-10679-CSS

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➜    $_____
                                    Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Net operating loss listed on federal return          Tax year  2016     $_____  0.00

Net operating loss listed on California state return  Tax year  2016     $_____  0.00

_____              Tax year  _____    $_____

**73. Interests in insurance policies or annuities**

_____                                  $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                  $_____

Nature of claim      _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                  $_____

Nature of claim      _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____                                  $_____

**77. Other property of any kind not already listed**  Examples: Season tickets, country club membership

_____                                  $_____

_____                                  $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $_____  0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property

Debtor    Candi Controls, Inc.
Name

Case number (if known)    18-10679-CSS

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 20,993.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 16,776.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ | |
| 83. **Investments.** Copy line 17, Part 4. | $ | |
| 84. **Inventory.** Copy line 23, Part 5. | $ | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 37,160.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ | |
| 88. **Real property.** Copy line 56, Part 9. . ...............................➔ | | $ |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 40,000.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 114,929.00 | + 91b.  $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................    $ 114,929.00

Debtor    Candi Controls, Inc.
          Name                                              Case number (*if known*)  18-10679-CSS

Form 206A/B - Assets - Real and Personal Property

3. Checking, Savings, Money Market, or Financial Brokerage Accounts (Identify All)

<u>Continuation Sheet</u>

| <u>Name of Institution (Bank or Brokerage Firm)</u> | <u>Type of account</u> | <u>Last 4 Digits of Account Number</u> | <u>Current Value of Debtor's Interest</u> |
|---|---|---|---|
| Wells Fargo Bank, NA | Checking | 0848 | 0.00 |
| Wells Fargo Bank, NA | Savings | 0472 | 201.00 |

**Fill in this information to identify the case:**

Debtor name ___Candi Controls, Inc.___

United States Bankruptcy Court for the: ___District of Delaware___

Case number (If known): ___18-10679-CSS___

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name
___Asher Waldfogel___

Creditor's mailing address
300 Santa Rita Ave
Palo Alto, CA 94301

Creditor's email address, if known
asher@waldfogel.us

Date debt was incurred ___3/12/18___

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
1-Asher Waldfogel, 1-Nick Brown, 1-Konstantinos Exarchos, 1-Doug Harp, 1-Steve Raschke

Describe debtor's property that is subject to a lien
All assets

Describe the lien
UCC-1

Is the creditor an insider or related party?
☐ No
☒ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____6,000.00     $_____Unknown

**2.2** Creditor's name
___Doug Harp___

Creditor's mailing address
PO Box 70245
Oakland, CA 94612

Creditor's email address, if known
dough@candicontrols.com

Date debt was incurred ___3/12/18___

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines ___2.1___

Describe debtor's property that is subject to a lien
All assets

Describe the lien
UCC-1

Is the creditor an insider or related party?
☐ No
☒ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____5,000.00     $_____Unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $_____223,000.00

Debtor    Candi Controls, Inc.
          Name
                                                          Case number (if known)  18-10679-CSS

| | Column A | Column B |
|---|---|---|
| **Part 1:   Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2.3 _____

**Creditor's name**

Konstantinos Exarchos

**Creditor's mailing address**
PO Box 4631
El Dorado Hills, CA 95762

**Describe debtor's property that is subject to a lien**

All assets

$ _____100,000.00    $ _____Unknown

_____

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**
gus.exarchos@actium-consulting.com

**Date debt was incurred**    2/22/18

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines  2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 _____

**Creditor's name**

Nick Brown

**Creditor's mailing address**
3903 Snapper Pointe Dr
Tampa, FL 33611

**Describe debtor's property that is subject to a lien**

All assets

$ _____100,000.00    $ _____Unknown

_____

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Creditor's email address, if known**
nickbrowndev1@gmail.com

**Date debt was incurred**    2/22/18

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines  2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Candi Controls, Inc.
          Name

Case number *(if known)*  18-10679-CSS

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**

Nick Brown

**Creditor's mailing address**

3903 Snapper Pointe Dr
Tampa, FL 33611

**Describe debtor's property that is subject to a lien**

All assets

$ 6,000.00    $ Unknown

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Creditor's email address, if known**

nickbrowndev1@gmail.com

**Date debt was incurred**  3/12/18

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

Steve Raschke

**Creditor's mailing address**

4530 Clarewood Dr
Oakland, CA 94618

**Describe debtor's property that is subject to a lien**

All assets

$ 6,000.00    $ Unknown

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Creditor's email address, if known**

stever@candicontrols.com

**Date debt was incurred**  3/12/18

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines  2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Candi Controls, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-10679-CSS |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Martin Fairfax<br>Chemin Rouge 15<br>Jongry 1805<br>Switzerland | As of the petition filing date, the claim is: $<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | 6,254.00 | $  6,254.00 |
| **Date or dates debt was incurred**<br>3/16/18 | **Basis for the claim:**<br>Wages, salaries, commissions | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A ) | | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $_____ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

| | | | |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $_____ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

Debtor    Candi Controls, Inc.                          Case number (if known) 18-10679-CSS
       Name

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ACM Gierman-Van Gils

Veldweg 16
8051 NR Hattem
Netherlands

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Note

**$ 93,988.25**

Date or dates debt was incurred    2/25/16
Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Alvaro Ramirez

Carrera 4 #70A-82
Apt. 716
Bogota 110231
Colombia

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Note

**$ 83,052.05**

Date or dates debt was incurred    9/12/16
Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Bruce Pollack dba Financial

Executive Solutions
430 Mountain Ave
Piedmont, CA 94611

Ä

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Note

**$ 20,223.29**

Date or dates debt was incurred    10/11/17
Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
CGM Partners LLC

PO Box 4631
El Dorado Hills, CA 95672

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Note

**$ 601,845.21**

Date or dates debt was incurred    11/9/15
Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Chris Leebelt

11630 Coeur D'Alene Dr
Parker, CO 80138

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Note

**$ 36,850.68**

Date or dates debt was incurred    2/10/16
Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
David Nock

505 Dilworthtown Rd
West Chester, PA 19382

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Note

**$ 15,785.96**

Date or dates debt was incurred    2/17/16
Last 4 digits of account number    _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor  Candi Control, Inc.
Name

Case number (if known) 18-10679-CSS

## Part 2: Additional Page

| | |
|---|---|
| | 5a ci bticZWUja |

**3.7** Bcbdf]cf]miWfYX]rcfBg`bUa Y`UbX`a`U]`]b[ `UXXfYgg

George Simon
3313 Camden Rd
Statesville, NC 28625

5g`cZh`Y`dYf]h]cb`z`]b[`XUfh`zfh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,428.20

6Ug]g`zcf`h`Y`WUja`  Note _____.

8Uh`cf`XUh`Yg`XYVh`k Ug]`]bWi ffYX`  8/17/16  .

@Ugh`]X][`]hg`cZUWfWi`bhbi a VYf`  _____ .

=g`h`Y`WUja`gi`gi`V`W`Yhc`cZZgYh8
☒ No
☐ Yes

---

**3.8** Bcbdf]cf]miWfYX]rcfBg`bUa Y`UbX`a`U]`]b[ `UXXfYgg

Gerald P. Reece
230 Lake Fairfield Dr
Greenville, SC 29605

5g`cZh`Y`dYfh]h]cb`z`]b[`XUfh`zfh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,144.92

6Ug]g`zcf`h`Y`WUja`  Note _____.

8Uh`cf`XUh`Yg`XYVh`k Ug]`]bWi ffYX`  8/9/16  .

@Ugh`]X][`]hg`cZUWfWi`bhbi a VYf`  _____ .

=g`h`Y`WUja`gi`gi`V`W`Yhc`cZZgYh8
☒ No
☐ Yes

---

**3.9** Bcbdf]cf]miWfYX]rcfBg`bUa Y`UbX`a`U]`]b[ `UXXfYgg

Helmut Albrecht
3350 SW 27th Ave
Apt. 2203
Miami, FL 33133

5g`cZh`Y`dYfh]h]cb`z`]b[`XUfh`zfh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 103,060.38

6Ug]g`zcf`h`Y`WUja`  Note _____.

8Uh`cf`XUh`Yg`XYVh`k Ug]`]bWi ffYX`  11/19/15  .

@Ugh`]X][`]hg`cZUWfWi`bhbi a VYf`  _____ .

=g`h`Y`WUja`gi`gi`V`W`Yhc`cZZgYh8
☒ No
☐ Yes

---

**3.10** Bcbdf]cf]miWfYX]rcfBg`bUa Y`UbX`a`U]`]b[ `UXXfYgg

Howard Elias
176 South St
Hopkinton, MA 01748

5g`cZh`Y`dYfh]h]cb`z`]b[`XUfh`zfh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 207,534.25

6Ug]g`zcf`h`Y`WUja`  Note _____.

8Uh`cf`XUh`Yg`XYVh`k Ug]`]bWi ffYX`  9/19/16  .

@Ugh`]X][`]hg`cZUWfWi`bhbi a VYf`  __ __ __ __ .

=g`h`Y`WUja`gi`gi`V`W`Yhc`cZZgYh8
☒ No
☐ Yes

---

**3.11** Bcbdf]cf]miWfYX]rcfBg`bUa Y`UbX`a`U]`]b[ `UXXfYgg

Jack Brazil, Jr.
2701 Pebble Stone
Grapevine, TX 76051

5g`cZh`Y`dYfh]h]cb`z`]b[`XUfh`zfh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89,343.15

6Ug]g`zcf`h`Y`WUja`  Note _____.

8Uh`cf`XUh`Yg`XYVh`k Ug]`]bWi ffYX`  3/7/16  .

@Ugh`]X][`]hg`cZUWfWi`bhbi a VYf`  _____ .

=g`h`Y`WUja`gi`gi`V`W`Yhc`cZZgYh8
☒ No
☐ Yes

Debtor ___Candi Controls, Inc._____
Name

Case number (if known) __18-10679-CSS__

---

**Part 2:** | **Additional Page**

| 7 cdmih ]g·dU[ Y·cb·mj Za cfY·gdUUW]g·bYYXYX"7 cbHjbi Y·bi a VYf]b[ ·ìì Y˝]bYg·gYei YbHjU˝mìzca ·ìì Y˝ dfYj ]ci g·dU[ Y"=Zbc˝UXX]H]cbU˝·BCBDF=CF=HM·WYX]ìcfg·Y˝]ghɜXc·bchɜ2ɜ˝ci ·ìicf·gi·Va ]ḩì ]g·dU[ Y" | 5a ci blicZWUja |

3.12   Bcbdf]cf]miWYX]ḩcfɐ̞bUa Y·UbX·a U]˝]b[ ·UXXfYgg          5g·cZ·iɜ Y·dYḩ·Hɜcb·2ɜ]b[ ·XUHɜ2ɜɜ Y·WUHja ·]g.
Joel and Joanne Shefflin                                              Check all that apply.                            $_____52,842.47
995 Lilac Dr                                                          ☐ Contingent
Montecito, CA 93108                                                   ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     6 Ug]g·ɜ2f·ìì Y·WUja ·  Note _____ .

8 UhY·cf·XUhYg·XYVhk Ug·]bWifffYX·   12/14/15 · ·            ·gɜ]ì Y·WUja ·gi ·V?YV\ì\ìc·cZ2gYh8
@Ugh(˝X][]hg·cZUWWci bhɜbi a VYf·   _____·                ☒ No
                                                                    ☐ Yes˙

---

3.13   Bcbdf]cf]miWYX]ḩcfɐ̞bUa Y·UbX·a U]˝]b[ ·UXXfYgg          5g·cZ·iɜ Y·dYḩ·Hɜcb·2ɜ]b[ ·XUHɜ2ɜɜ Y·WUHja ·]g.
                                                                     Check all that apply.                            $_____675,392.47
John and Denise Woods                                                ☐ Contingent
316 Indian Trail Dr                                                  ☐ Unliquidated
Franklin Lanes, NJ 07417                                             ☐ Disputed˙

                                                                     6 Ug]g·ɜ2f·ìì Y·WUja ·  Note _____ .

8 UhY·cf·XUhYg·XYVhk Ug·]bWifffYX·   11/12/15 · ·            ·gɜ]ì Y·WUja ·gi ·V?YV\ì\ìc·cZ2gYh8
@Ugh(˝X][]hg·cZUWWci bhɜbi a VYf·   _____·                ☒ No
                                                                    ☐ Yes˙

---

3.14   Bcbdf]cf]miWYX]ḩcfɐ̞bUa Y·UbX·a U]˝]b[ ·UXXfYgg          5g·cZ·iɜ Y·dYḩ·Hɜcb·2ɜ]b[ ·XUHɜ2ɜɜ Y·WUHja ·]g.
Jon Essen-Moller                                                     Check all that apply.                            $_____25,878.42
Barrstigen 3                                                         ☐ Contingent
Bromma 16731                                                         ☐ Unliquidated
Sweden                                                               ☐ Disputed˙

                                                                     6 Ug]g·ɜ2f·ìì Y·WUja ·  Note _____ .

8 UhY·cf·XUhYg·XYVhk Ug·]bWifffYX·   10/26/16 · ·            ·gɜ]ì Y·WUja ·gi ·V?YV\ì\ìc·cZ2gYh8
@Ugh(˝X][]hg·cZUWWci bhɜbi a VYf·   _____·                ☒ No
                                                                    ☐ Yes˙

---

3.15   Bcbdf]cf]miWYX]ḩcfɐ̞bUa Y·UbX·a U]˝]b[ ·UXXfYgg          5g·cZ·iɜ Y·dYḩ·Hɜcb·2ɜ]b[ ·XUHɜ2ɜɜ Y·WUHja ·]g.
Jorge Gerardo Perez Garza                                            Check all that apply.                            $_____89,064.38
Circuito Chapulines 6                                                ☐ Contingent
Las Villas, Torreon                                                  ☐ Unliquidated
Coahuila 27420                                                       ☐ Disputed˙
Mexico
                                                                     6 Ug]g·ɜ2f·ìì Y·WUja ·  Note _____ .

8 UhY·cf·XUhYg·XYVhk Ug·]bWifffYX·   3/4/16 · ·             ·gɜ]ì Y·WUja ·gi ·V?YV\ì\ìc·cZ2gYh8
@Ugh(˝X][]hg·cZUWWci bhɜbi a VYf·   __ __ __ __·              ☒ No
                                                                    ☐ Yes˙

---

3.16   Bcbdf]cf]miWYX]ḩcfɐ̞bUa Y·UbX·a U]˝]b[ ·UXXfYgg          5g·cZ·iɜ Y·dYḩ·Hɜcb·2ɜ]b[ ·XUHɜ2ɜɜ Y·WUHja ·]g.
Kelly Yang Living Trust                                              Check all that apply.                            $_____310,432.88
1363 North Ridge Dr                                                 ☐ Contingent
Mt. Shasta, CA 96067                                                ☐ Unliquidated
                                                                    ☐ Disputed˙

                                                                     6 Ug]g·ɜ2f·ìì Y·WUja ·  Note _____ .

8 UhY·cf·XUhYg·XYVhk Ug·]bWifffYX·   9/30/16 · ·            ·gɜ]ì Y·WUja ·gi ·V?YV\ì\ìc·cZ2gYh8
@Ugh(˝X][]hg·cZUWWci bhɜbi a VYf·   _____·                ☒ No
                                                                    ☐ Yes˙

Debtor _____Candi Controls, Inc._____    Case Number (if known) __18-10679-CSS__
      Name

| Part 2: | Additional Page |

7 cdmih ]g‘dU[ Y‘cb‘m]Za cfУ‘gdUWУ‘]g‘bYYXYX“7 cbHjbi Y‘bi a VYf]b[ ‘h Y`]bYg‘gYei Ybh]U`m‘zca ‘h Y` dfYj ]ci g‘dU[ Y“=Zbc‘UXX]H]cbU`‘BCBDF=CF=HM‘WYX]hcfg‘Y1 ]ghYXc‘bch]2`‘ci h‘cf‘gi Va ]hiA ]g‘dU[ Y“     5a ci b‘icZWUJa

3.17 ___ Bcbdf]cf]miWУYX]hcf&g‘bUa Y‘UbX‘a U]`]b[ ‘UXXfYgg     5g‘cZУh Y‘dУ[]h]cb‘]г‘]b[ ‘Xcft‘]XhYn‘h Y‘WUJa ‘]g.     $_____52,530.82
      Kishore Ganji                                              Check all that apply.
      100 Timber Ln                                              ☐ Contingent
      Malboro, NJ 07746                                          ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 6 Ug]g‘z‘f‘h Y‘WUJa ‘a    Note _____ .

      8 UhУ‘cf‘XUhУg‘XYVh‘Ug‘]bWi ffYX     3/14/16 ____ .       =g‘h Y‘WUJa ‘gi VУWУ‘hc‘cZZgYh8
      @Ugh‘( `X][ ]hg‘cZУWWci b‘bi bVi a VYf     _____ .   ☒ No
                                                                 ☐ Yes

3.18 ___ Bcbdf]cf]miWУYX]hcf&g‘bUa Y‘UbX‘a U]`]b[ ‘UXXfYgg     5g‘cZУh Y‘dУ[]h]cb‘]г‘]b[ ‘Xcft‘]XhYn‘h Y‘WUJa ‘]g.     $_____100,000.00
      Lone Star Ventures, LLC                                    Check all that apply.
      dba Corporate Finance Associates                           ☒ Contingent
      774 Mays Blvd Ste 10-630                                   ☐ Unliquidated
      Incline Village, NV 89451                                  ☒ Disputed

                                                                 6 Ug]g‘z‘f‘h Y‘WUJa ‘a   Investment Banker success fee _____ .

      8 UhУ‘cf‘XUhУg‘XYVh‘Ug‘]bWi ffYX     12/18/16 ____ .      =g‘h Y‘WUJa ‘gi VУWУ‘hc‘cZZgYh8
      @Ugh‘( `X][ ]hg‘cZУWWi b‘bi bVi a VYf     _____ .   ☒ No
                                                                 ☐ Yes

3.19 ___ Bcbdf]cf]miWУYX]hcf&g‘bUa Y‘UbX‘a U]`]b[ ‘UXXfYgg     5g‘cZУh Y‘dУ[]h]cb‘]г‘]b[ ‘Xcft‘]XhYn‘h Y‘WUJa ‘]g.     $_____10,508.22
      Michael Zimmerman                                          Check all that apply.
      7568 Chester Terrace                                       ☐ Contingent
      Boca Raton, FL 33433                                       ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 6 Ug]g‘z‘f‘h Y‘WUJa ‘a    Note _____ .

      8 UhУ‘cf‘XUhУg‘XYVh‘Ug‘]bWi ffYX     3/11/16 ____ .       =g‘h Y‘WUJa ‘gi VУWУ‘hc‘cZZgYh8
      @Ugh‘( `X][ ]hg‘cZУWWi b‘bi bVi a VYf     _____ .   ☒ No
                                                                 ☐ Yes

3.20 ___ Bcbdf]cf]miWУYX]hcf&g‘bUa Y‘UbX‘a U]`]b[ ‘UXXfYgg     5g‘cZУh Y‘dУ[]h]cb‘]г‘]b[ ‘Xcft‘]XhYn‘h Y‘WUJa ‘]g.     $_____10,390.41
      MP Tavill Revocable Trust                                  Check all that apply.
      4950 Sudbury Way                                           ☐ Contingent
      Carmichael, CA 95608                                       ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 6 Ug]g‘z‘f‘h Y‘WUJa ‘a    Note _____ .

      8 UhУ‘cf‘XUhУg‘XYVh‘Ug‘]bWi ffYX     8/30/16 ____ .       =g‘h Y‘WUJa ‘gi VУWУ‘hc‘cZZgYh8
      @Ugh‘( `X][ ]hg‘cZУWWi b‘bi bVi a VYf     ___ ___ ___ . ☒ No
                                                                 ☐ Yes

3.21 ___ Bcbdf]cf]miWУYX]hcf&g‘bUa Y‘UbX‘a U]`]b[ ‘UXXfYgg     5g‘cZУh Y‘dУ[]h]cb‘]г‘]b[ ‘Xcft‘]XhYn‘h Y‘WUJa ‘]g.     $_____2,844,806.16
      Nick Brown                                                 Check all that apply.
      3903 Snapper Pointe Dr                                     ☐ Contingent
      Tampa, FL 33611                                            ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 6 Ug]g‘z‘f‘h Y‘WUJa ‘a    Note _____ .

      8 UhУ‘cf‘XUhУg‘XYVh‘Ug‘]bWi ffYX     11/6/15 ____ .       =g‘h Y‘WUJa ‘gi VУWУ‘hc‘cZZgYh8
      @Ugh‘( `X][ ]hg‘cZУWWi b‘bi bVi a VYf     _____ .   ☒ No
                                                                 ☐ Yes

| Debtor | Candi Controls, Inc. | Case number (if known) | 18-10679-CSS |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| | | |
|---|---|---|

**3.22** Paradigm Counsel LLP
450 Sheridan Ave
Palo Alto, CA 94306

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,527.00

Basis for the claim: Professional

Date or dates debt was incurred: 3/16/18

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Patrick O'Leary
1549 Whitetail Ln
Cedarburg, WI 53012

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 151,795.55

Basis for the claim: Note

Date or dates debt was incurred: 2/18/16

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Paul Huibers
Seong Buk Dong
Sedng Buk Gu
Seoul 330-472
Korea, Republic of (South Korea)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,310.68

Basis for the claim: Note

Date or dates debt was incurred: 3/10/17

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Paul J. Feldman
51 Warwick Stone Way
Great Falls, VA 22066

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52,934.93

Basis for the claim: Note

Date or dates debt was incurred: 11/17/15

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Paul Stamatis, Jr.
10406 Charter Lake Cir
Katy, TX 77494

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115,204.93

Basis for the claim: Note

Date or dates debt was incurred: 11/17/15

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Candi Controls, Inc. | Case number (if known) 18-10679-CSS |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| | |
|---|---|

**3.27**    Bcbdf]cf]miWfYX]hcfBg`bUa Y`UbX`a`U]'b[`UXXfYgg'     5g`cZh`Y`dYh]h]cb`z]'b[`XUHYz]h`Y`WUJa`]g.   $ 41,616.44

Pulling Out of Here to Win, LLC
12906 SW 133 Ct #A
Miami, FL 33186

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z:f`h`Y`WUJa`   Note _____.

8UhY`cf`XUHYg`XYVhik`Ug]]bWff fYX'    8/10/16

=g`h`Y`WUJa`gi`V`YWHc`cZg`Yh8
☒ No
☐ Yes

@ghi(`X][`hg`cZUWHi`i`bhbi a`VYf'    _____.

---

**3.28**    Bcbdf]cf]miWfYX]hcfBg`bUa Y`UbX`a`U]'b[`UXXfYgg'     5g`cZh`Y`dYh]h]cb`z]'b[`XUHYz]h`Y`WUJa`]g.   $ 14,511.40

Robert De Virion
ul Czarodzieja 8
Chotomow 05-123
Poland

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z:f`h`Y`WUJa`   Note _____.

8UhY`cf`XUHYg`XYVhik`Ug]]bWff fYX'    8/30/16

=g`h`Y`WUJa`gi`V`YWHc`cZg`Yh8
☒ No
☐ Yes

@ghi(`X][`hg`cZUWHi`i`bhbi a`VYf'    _____.

---

**3.29**    Bcbdf]cf]miWfYX]hcfBg`bUa Y`UbX`a`U]'b[`UXXfYgg'     5g`cZh`Y`dYh]h]cb`z]'b[`XUHYz]h`Y`WUJa`]g.   $ 103,049.32

Robert Mansell
683 Terrace Ave
Half Moon Bay, CA 94019

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z:f`h`Y`WUJa`   Note _____.

8UhY`cf`XUHYg`XYVhik`Ug]]bWff fYX'    3/17/17

=g`h`Y`WUJa`gi`V`YWHc`cZg`Yh8
☒ No
☐ Yes

@ghi(`X][`hg`cZUWHi`i`bhbi a`VYf'    _____.

---

**3.30**    Bcbdf]cf]miWfYX]hcfBg`bUa Y`UbX`a`U]'b[`UXXfYgg'     5g`cZh`Y`dYh]h]cb`z]'b[`XUHYz]h`Y`WUJa`]g.   $ 26,455.48

Robert S. French
217 Ivywood Dr
Walnut Creek, CA 94598

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z:f`h`Y`WUJa`   Note _____.

8UhY`cf`XUHYg`XYVhik`Ug]]bWff fYX'    11/24/15

=g`h`Y`WUJa`gi`V`YWHc`cZg`Yh8
☒ No
☐ Yes

@ghi(`X][`hg`cZUWHi`i`bhbi a`VYf'    __ __ __ __

---

**3.31**    Bcbdf]cf]miWfYX]hcfBg`bUa Y`UbX`a`U]'b[`UXXfYgg'     5g`cZh`Y`dYh]h]cb`z]'b[`XUHYz]h`Y`WUJa`]g.   $ 8,408.77

Rodrigo Eduardo Perez Garza
Sierra Morena 45
Campestre Montebello
Torreon Coahuila 27259
Mexico

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z:f`h`Y`WUJa`   Note _____.

8UhY`cf`XUHYg`XYVhik`Ug]]bWff fYX'    3/7/16

=g`h`Y`WUJa`gi`V`YWHc`cZg`Yh8
☒ No
☐ Yes

@ghi(`X][`hg`cZUWHi`i`bhbi a`VYf'    _____.

Debtor   Candi Controls, Inc.

Name

Case number (if known)   18-10679-CSS

| Part 2: | Additional Page |

7 cdmiَ ]g˙dU[ ˙Y˙cb˙m]Za˙cfY˙gdUW]˙g˙bYYXYX� "7 cbH]bi˙Y˙bi˙a˙VYf]b[˙ ˙i˙Y˙]bYg˙gYei˙YbH]U˙˙mZca˙˙i˙Y˙dfYj]ci˙g˙dU[˙Y˙=Zbc˙UXX]H]cbU˙˙BCBDF=CF=HM˙WYX]Hcfg˙Y]˙ghZˑXc˙bch]Z˙ci˙hcf˙gi˙Va˙]hi˙]g˙dU[˙Y˙˙

5a ci bhicZWUja

---

**3.32**   Bcbdf]cf]miWYX]hcf&g˙bUa˙Y˙UbX˙a˙U]˙]b[˙˙UXXfYgg

Seegma LLC
312 Duke Tr
Weatherford, TX 76088

5g˙cZ˙h˙Y˙dYh]H]cb˙Z]˙]b[˙˙XUHY˙Zi˙h˙Y˙WUUja˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 26,453.77

6˙Ug]g˙Zcf˙h˙Y˙WUUja˙ _Note_ _____

8˙UhY˙cf˙XUHY&g˙XYVh˙k˙Ug˙]bWfffYX˙   11/25/15

@Ugh( ˙X][˙]hg˙cZ˙UWWci˙bhbi˙a˙VYf˙   _____

˙g˙h˙Y˙WUUja˙˙gi˙VYWh˙˙cZZgYh8
☒ No
☐ Yes

---

**3.33**   Bcbdf]cf]miWYX]hcf&g˙bUa˙Y˙UbX˙a˙U]˙]b[˙˙UXXfYgg

Steve Raschke
4530 Clarewood Dr
Oakland, CA 94618

5g˙cZ˙h˙Y˙dYh]H]cb˙Z]˙]b[˙˙XUHY˙Zi˙h˙Y˙WUUja˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 10,221.92

6˙Ug]g˙Zcf˙h˙Y˙WUUja˙ _Note_ _____

8˙UhY˙cf˙XUHY&g˙XYVh˙k˙Ug˙]bWfffYX˙   6/26/17

@Ugh( ˙X][˙]hg˙cZ˙UWWci˙bhbi˙a˙VYf˙   _____

˙g˙h˙Y˙WUUja˙˙gi˙VYWh˙˙cZZgYh8
☒ No
☐ Yes

---

**3.34**   Bcbdf]cf]miWYX]hcf&g˙bUa˙Y˙UbX˙a˙U]˙]b[˙˙UXXfYgg

William Schur
14 Bono St #175
Great Neck, NY 10021

5g˙cZ˙h˙Y˙dYh]H]cb˙Z]˙]b[˙˙XUHY˙Zi˙h˙Y˙WUUja˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 125,694.52

6˙Ug]g˙Zcf˙h˙Y˙WUUja˙ _Note_ _____

8˙UhY˙cf˙XUHY&g˙XYVh˙k˙Ug˙]bWfffYX˙   11/24/15

@Ugh( ˙X][˙]hg˙cZ˙UWWci˙bhbi˙a˙VYf˙   _____

˙g˙h˙Y˙WUUja˙˙gi˙VYWh˙˙cZZgYh8
☒ No
☐ Yes

---

**3.35**   Bcbdf]cf]miWYX]hcf&g˙bUa˙Y˙UbX˙a˙U]˙]b[˙˙UXXfYgg

Yardi Systems, Inc.
430 South Fairview Ave
Santa Barbara, CA 93111

5g˙cZ˙h˙Y˙dYh]H]cb˙Z]˙]b[˙˙XUHY˙Zi˙h˙Y˙WUUja˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 812,876.71

6˙Ug]g˙Zcf˙h˙Y˙WUUja˙ _Note_ _____

8˙UhY˙cf˙XUHY&g˙XYVh˙k˙Ug˙]bWfffYX˙   7/31/17

@Ugh( ˙X][˙]hg˙cZ˙UWWci˙bhbi˙a˙VYf˙   __ __ __ ____

˙g˙h˙Y˙WUUja˙˙gi˙VYWh˙˙cZZgYh8
☒ No
☐ Yes

---

**3._____**   Bcbdf]cf]miWYX]hcf&g˙bUa˙Y˙UbX˙a˙U]˙]b[˙˙UXXfYgg

5g˙cZ˙h˙Y˙dYh]H]cb˙Z]˙]b[˙˙XUHY˙Zi˙h˙Y˙WUUja˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

6˙Ug]g˙Zcf˙h˙Y˙WUUja˙ _____

8˙UhY˙cf˙XUHY&g˙XYVh˙k˙Ug˙]bWfffYX˙   _____

@Ugh( ˙X][˙]hg˙cZ˙UWWci˙bhbi˙a˙VYf˙   _____

˙g˙h˙Y˙WUUja˙˙gi˙VYWh˙˙cZZgYh8
☐ No
☐ Yes

Debtor    Candi Controls, Inc.                                              Case number (if known)   18-10679-CSS
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____6,254.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____6,963,163.99 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____6,969,417.99 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name  Candi Controls, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (If kno̱n) DIX 18-10679-CSS                    //XXXXChapter Chapter 11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Telecommunications | AT&T |
| | **State the term remaining** | 10/31/18 | Attn Bankruptcy Notices |
| | **List the contract number of any government contract** | | 4331 Communications Dr<br>Floor 4W<br>Dallas, TX 75211 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease - Lessor<br>Sublease for office space at 428 13th St., 2nd Fl., Oakland, CA 94612 | Ceres Imaging, Inc.<br>Attn: David Termondt |
| | **State the term remaining** | 9/30/19 | 428 13th St., 2nd Fl.<br>Oakland, CA 94612 |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Software License and Distribution Agreement | Intel Corporation |
| | **State the term remaining** | 8/26/18 | 2200 Mission College Blvd.<br>SC4-203<br>Santa Clara, CA 95052 |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease - Lessee<br>Office space lease at 428 13th St., 3rd Fl., Oakland, CA 94612 | Mash Petroleum |
| | **State the term remaining** | 9/30/19 | Attn: Mo Mashhoon<br>428 13th St, 10th Fl<br>Oakland, CA 94612 |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___Candi Controls, Inc.___

United States Bankruptcy Court for the: ___District of Delaware___

Case number (If known): ___18-10679-CSS___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** 5 bX Mailing address | | **Name** | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name   Candi Controls, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number (*If known*):   18-10679-CSS

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒   Other document that requires a declaration _List of Equity Holders, Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/28/2018      ✖ /s/ Douglas Klein
      MM / DD / YYYY      Signature of individual signing on behalf of debtor

                          Douglas Klein
                          Printed name

                          Acting Chief Financial Officer
                          Position or relationship to debtor